# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN D. GIBSON, <br><br> Defendant. | PO-19-05127-GF-JTJ <br><br> VIOLATION: <br> 6564944 <br> Location Code: M13 <br><br> ORDER |

Based upon the United States' unopposed motion to accept the defendant's payment of a $35 fine and $30 processing fee for violation 6564944 (for a total of $65), and for good cause shown,

IT IS ORDERED that the $65 fine ($35 fine and $30 processing fee) paid by the defendant is accepted as a full adjudication of violation 6564944.

IT IS FURTHER ORDERED that the initial appearance scheduled for September 12, 2019, is VACATED.

DATED this 3rd day of September, 2019.

John Johnston
United States Magistrate Judge